U.S Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 1:CV-00-1685 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| SANG Q. LE | Order, Motion, Financial Stmt. |

**SERVE** ▶

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

1023 Drexel Hills Blvd.

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

**AT**   New Cumberland, PA 17070

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

KAREN M. MUSLOSKI
United States Attorney's Office

235 N. Washington Ave.,   Suite 311
Scranton, PA 18503

| | |
|---|---|
| Number of process to be served with this Form - 285 | 3 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server)*:

PERSONAL SERVICE REQUESTED

2002 APR 22 PM 12   RECEIVED USMS, MIDDLE/PA
2002 MAY 22   RECEIVED USMS

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Karen M. Musloski, Paralegal Specialist | | (570) 348-2800 | 4/10/02 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk  Q. Lavelle | Date 4/11/02 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)*  TAI DUONG (Nephew) | ☒ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address *(complete only if different than shown above)* | Date of Service 5/17/02 | Time 330 pm |
|---|---|---|
| | Signature of U.S. Marshal or Deputy | |

FILED SCRANTON
MAY 23 2002
PER _____
DEPUTY CLERK

| Service Fee 135.00 | Total Mileage Charges *(including endeavors)* 6.57 | Forwarding Fee — | Total Charges 141.57 | Advance Deposit | Amount owned to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

300 TO 400

REMARKS: 5/2/02 end to serve  No answer @ door left card 37
5/8/02    "   "      "        "